IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SUNFLOWER LICENSING LLC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ADT LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 6:22-cv-00902-ADA<br><br>Judge Alan D Albright |

## NOTICE OF EXTENSION OF ALL DEADLINES IN VIEW OF SETTLEMENT IN PRINCIPLE

Defendant ADT LLC ("ADT") hereby provides notice to the Court that the parties have reached an agreement in principle to resolve all issues in dispute. (*See* ECF No. 12). The parties need additional time to finalize their settlement and file appropriate dismissal papers. Therefore, ADT provides notice of a 14-day extension, extending the November 23, 2022 deadline to December 7, 2022.

Dated: November 22, 2022

Respectfully submitted,

By: */s/ Steven Tepera*
Steven Tepera (TX Bar No. 24053510)
steven.tepera@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 Congress Avenue
Suite 1700
Austin, TX 78701-3797
Telephone: (512) 580-9600
Facsimile: (512) 580-9601

Michael E. Zeliger (*pro hac vice*)
Michael.zeliger@pillsburylaw.com
Audrey Lo (*pro hac vice*)

        audrey.lo@pillsburylaw.com
        **PILLSBURY WINTHROP SHAW PITTMAN LLP**
        2550 Hanover Street
        Palo Alto, CA 94304-1115
        Telephone: (650) 233-4069
        Facsimile: (650) 233-4545

*Counsel for Defendant ADT LLC*